UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DANIEL ALLEN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CYNTHIA Y. TAMPKINS,<br>Warden,<br><br>　　　　　Respondent. | Case No.: CV 16-07933-SVW (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed no objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED:

　　　(1) Respondent's Motion to Dismiss is granted;

　　　(2) Petitioner's request for an evidentiary hearing is denied; and

(3) Judgment shall be entered denying the petition and dismissing this action with prejudice.

Dated: June 14, 2017

STEPHEN V. WILSON
United States District Judge