JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DANIEL ALLEN, | Case No.: CV 16-07933-SVW (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| CYNTHIA Y. TAMPKINS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: June 14, 2017

_____
STEPHEN V. WILSON
United States District Judge